WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Eric S. Powers, Esq.
Nevada Bar No. 12850
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
epowers@wrightlegal.net
*Attorneys for Defendant, Caliber Home Loans, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAULA J. ENSLEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALLIED COLLECTION SERVICES, INC; CALIBER HOME LOANS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　Defendants. | Case No.:   2:17-cv-00265-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　COMES NOW, Defendant CALIBER HOME LOANS, INC. ("CALIBER"), and Plaintiff PAULA J. ENSLEY ("ENSLEY"), by and through their respective counsels of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

///

///

///

///

///

///

///

1

1   **IT IS HEREBY STIPULATED AND AGREED THAT** Defendant CALIBER shall
2   have until March 10, 2017 to file its responsive pleading to the Complaint in order to review and
3   discuss settlement options, and to review the underlying facts alleged in the Complaint.

| Dated: March 7, 2017 | Dated: March 7, 2017 |
|---|---|
| **STIPULATED AND AGREED TO BY:** | **STIPULATED AND AGREED TO BY:** |
| /s/ Eric S. Powers<br>Eric S. Powers, Esq.<br>Nevada Bar No. 12850<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>epowers@wrightlegal.net<br>*Attorneys for Defendant, Caliber Home Loans, Inc.* | /s/ Matthew I. Knepper<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Knepper & Clark, LLC<br>10040 w. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>*Attorney for Plaintiff, Rodney H. Wood* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: March 10, 2017