David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
PAULA J. ENSLEY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA J. ENSLEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALLIED COLLECTION SERVICES, INC; CALIBER HOME LOANS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　Defendant(s). | Case No.: **2:17-cv-00265-JCM-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN PAULA J. ENSLEY AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between PAULA J. ENSLEY ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff

requests that all pending dates and filing requirements as to EQUIFAX be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EQUIFAX.

Dated:  March 8, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*PAULA J. ENSLEY*

**IT IS ORDERED** that the settling parties shall have until **May 8, 2017**, to file a stipulation for dismissal, or a joint status report indicating when the stipulation will be filed.

Dated: March 10, 2017.

Peggy A. Leen
United States Magistrate Judge