Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA J. ENSLEY, <br><br> Plaintiff, <br> v. <br><br> ALLIED COLLECTION SERVICES, INC; CALIBER HOME LOANS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:17-cv-00265-JCM-PAL <br><br> **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.** |

PLEASE TAKE NOTICE that Plaintiff PAULA J. ENSLEY and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian Information Solutions, Inc., with

prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Experian Information Solutions, Inc., be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Experian Information Solutions, Inc.

Dated: July 20, 2017

Respectfully submitted,

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Counsel for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **September 18, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: July 21, 2017

_____
Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.** was served via electronic mail to all parties appearing in this case.

Edgar C. Smith, Esq.
Stacy H. Rubin, Esq.
WRIGHT FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Email: esmith@wrightlegal.net
Email: srubin@wrightlegal.net
*Attorneys for Caliber Home Loans, Inc.*


Jennifer L. Braster, Esq.
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Email: jbraster@naylorandbrasterlaw.com
*Attorneys for Experian Information Solutions, Inc.*


                          /s/ *Lucille Chiusano*
                          An employee of KNEPPER & CLARK LLC