1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
4  10040 W. Cheyenne Ave., Suite 170-109
   Las Vegas, NV 89129
5  Phone: (702) 825-6060
   FAX: (702) 447-8048
6  Email: matthew.knepper@knepperclark.com
7  Email: miles.clark@knepperclark.com

8  David H. Krieger, Esq.
   Nevada Bar No. 9086
9  HAINES & KRIEGER, LLC
10 8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
11 Phone: (702) 880-5554
   FAX: (702) 385-5518
12 Email: dkrieger@hainesandkrieger.com

13
   *Attorneys for Plaintiff*
14
                    **UNITED STATES DISTRICT COURT**
15                        **DISTRICT OF NEVADA**

16
   PAULA J. ENSLEY,                          :
17                                           :
                  Plaintiff,                 :
18       v.                                  : Case No. 2:17-cv-00265-JCM-PAL
                                             :
19 ALLIED COLLECTION SERVICES, INC;          :
20 CALIBER HOME LOANS, INC; EQUIFAX          : **NOTICE OF SETTLEMENT WITH**
   INFORMATION SERVICES, LLC;                : **CALIBER HOME LOANS, INC.**
21 EXPERIAN INFORMATION SOLUTIONS,           :
   INC,                                      :
22                                           :
23              Defendants.                  :
                                             :
24
           PLEASE TAKE NOTICE that Plaintiff PAULA J. ENSLEY and Defendant
25
   CALIBER HOME LOANS, INC, have reached a tentative settlement. The parties
26
   anticipate filing a Stipulation for Dismissal of the Action as to the named
27
   Plaintiff's claims against Caliber Home Loans, Inc, with prejudice, within 60 days.
28

Plaintiff requests that all pending dates and filing requirements as to Caliber Home Loans, Inc., be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Caliber Home Loans, Inc.

Dated: July 20, 2017

                                      Respectfully submitted,

                                      /s/ *Matthew I. Knepper*
                                      Matthew I. Knepper, Esq.
                                      Nevada Bar No. 12796
                                      Miles N. Clark, Esq.
                                      Nevada Bar No. 13848
                                      KNEPPER & CLARK LLC
                                      10040 W. Cheyenne Ave., Ste. 170-109
                                      Las Vegas, NV 89129

                                      David H. Krieger, Esq.
                                      Nevada Bar No. 9086
                                      HAINES & KRIEGER LLC
                                      8985 S. Eastern Avenue, Suite 350
                                      Henderson, Nevada 89123
                                      *Counsel for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **September 18, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: July 21, 2017

                                      Peggy A. Leen
                                      United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH CALIBER HOME LOANS, INC** was served via electronic mail to all parties appearing in this case.

Edgar C. Smith, Esq.
Stacy H. Rubin, Esq.
WRIGHT FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Email: esmith@wrightlegal.net
Email: srubin@wrightlegal.net
*Attorneys for Caliber Home Loans, Inc.*

Jennifer L. Braster, Esq.
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Email: jbraster@naylorandbrasterlaw.com
*Attorneys for Experian Information Solutions, Inc.*

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC