Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA J. ENSLEY,<br><br>         Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, INC;<br>CALIBER HOME LOANS, INC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>         Defendants. | Case No.: 2:17-cv-00265-JCM-PAL<br><br><br>**STIPULATION OF DISMISSAL OF<br>CALIBER HOME LOANS, INC.,<br>PURSUANT TO FRCP 41(A)(I)(A)(ii)** |

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

the parties have stipulated to the dismissal of Defendant Caliber Home Loans Inc., from the above

captioned action, with prejudice.

Stipulation of Dismissal of Caliber Home Loans, Inc., Pursuant To FRCP 41(A)(I)(A)(ii) - 1

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this 6th day of October, 2017.

| | |
|---|---|
| /s/ *Matthew I. Knepper.* | /s/ *Ramir M. Hernandez* |
| Matthew I. Knepper, Esq. | Edgar C. Smith, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 5506 |
| Miles N. Clark, Esq. | Ramir Mitchell Hernandez, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13146 |
| KNEPPER & CLARK LLC | WRIGHT FINLAY & ZAK LLP |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: esmith@wrightlegal.net |
| Las Vegas, NV 89129 | Email: rhernandez@wrightlegal.net |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| | *Caliber Home Loans, Inc.* |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, Nevada 89123 | |
| Office: (702) 880-5554 | |
| Email: dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |
| /s/ *Jennifer L. Braster.* | |
| Jennifer L. Braster, Esq. | |
| Nevada Bar No. 9982 | |
| NAYLOR & BRASTER | |
| 1050 Indigo Drive, Suite 200 | |
| Las Vegas, NV 89145 | |
| Email: jbraster@naylorandbrasterlaw.com | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc* | |

## ORDER

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT COURT JUDGE

DATED October 13, 2017.