David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
PAULA J. ENSLEY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAULA J. ENSLEY, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED COLLECTION SERVICES, INC; CALIBER HOME LOANS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:17-cv-00265-JCM-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiff PAULA J. ENSLEY and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 16, 2017

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

By:
/s/Matthew Knepper, Esq.
Matthew Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*
PAULA J. ENSLEY

By:
/s/ Jennifer L. Braster, Esq.
Jennifer L. Braster, Esq.
Naylor & Braster
1050 Indigo Drive
Suite 200
Las Vegas, NV 89145

*Attorney for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC.

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 17, 2017